THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING WEXLER v. WARDEN OF THE CITY PRISON.— Motion to dismiss appeal granted. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING WEXLER, Alias WAXEY GORDON.— Motion to dismiss appeal granted. Concur — Cohn, J. P., Callahan Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BRODSKY.— Motion to dismiss appeal granted. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON CHIMOOK, Alias LEONARD KOVAL.— Motion to dismiss appeal granted. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREY.— Motion to dismiss appeal granted. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

JOSEPH J. FRASCONE v. ANTHONY L. PIETROLUONGO et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

JAMES A. TORRELLAS, an Infant, by His Guardian ad Litem, ALFRED TORRELLAS, et al., v. HARRY WEINSTOCK.— Motion to dismiss appeal granted, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

FRANK A. LEDWITH v. INTERNATIONAL PAPER COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Park at the Southeast Corner of Spring Street and Mulberry Street, in the Borough of Manhattan. MULBERRY PARKING, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.